IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

HENRY L. STALLINGS, JR.,

      Appellant,

 v.                               Case No.  5D20-564
                                      LT Case No. 2017-CF-12880

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed May 24, 2022

3.850 Appeal from the Circuit Court
for Orange County,
Elaine A. Barbour, Judge.

Henry L. Stallings, Milton, pro se.

Ashley Moody, Attorney General,
Tallahassee, and L. Charlene Matthews,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

COHEN, EDWARDS and HARRIS, JJ., concur.